# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

| | |
|---|---|
| Helena Riihiaho, | Case No. 9:09-cv-80602-KAM |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| NCO Financial Systems, Inc., | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives Notice that the parties in the above-captioned matter reached a settlement.  Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 30 days.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Adela S. Estopinan*
Adela D. Estopinan (Bar No. 25939)
701 SW 27th Avenue, Suite 1209
Miami, FL 33135
Tel:  1.866.339.1156
Fax: 1.312.822.1064
Email:  ade@legalhelpers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. mail:

NCO Financial Systems, Inc.
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

*/s/ Richard J. Meier*