UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-80602-Civ-MARRA/JOHNSON

HELENA RIIHIAHO

    Plaintiff

vs.

NCO FINANCIAL SYSTEMS, INC.

    Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Plaintiff's Notice of Dismissal With Prejudice [DE 5]. Plaintiff's Notice has been filed before Defendant appeared or served an answer and therefore this matter is appropriate for dismissal absent stipulation by all parties. Having considered the submission, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this Cause be, and the same is, hereby DISMISSED with prejudice. Any pending motions are denied as moot. This case is **CLOSED.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 3rd day of August, 2009.

_____
KENNETH A. MARRA
United States District Judge

copies to:
Magistrate Judge Johnson
All counsel of record